In the Matter of the Application of 2075 Daly Avenue, Inc., Respondent, against Patrick J. Reville, as Commissioner of Buildings of the Borough of

* Revd., 266 N. Y. 199.

Bronx, City of New York, Appellant.— Order modified by striking therefrom so much as provides for an injunction, and as so modified affirmed, without costs. No facts are set forth in the petition to warrant issuing an injunction order to aid the efficient execution of the mandamus order. (*Matter of Greene*, 153 App. Div. 8.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.